IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

48.6009

---

**RICHARD LANE and LYNN LANE,**

  **Plaintiffs,**

**VS**

                               **NO. 3:15 –cv- 00174**

**STATE AUTO PROPERTY AND
CASUALTY INSURANCE COMPANY
a/k/a STATE AUTO INSURANCE
COMPANIES,**

  **Defendants.**

---

### STIPULATION OF DISMISSAL
---

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and pursuant to this Court's Order of March 24, 2016, Plaintiffs Richard Lane and Lynn Lane and Defendant State Auto Property and Casualty Insurance Company a/k/a State Auto Insurance Companies hereby stipulate the following: that pursuant to a confidential settlement agreement reached by the parties, all claims in this action shall be dismissed WITH PREJUDICE; that they will bear their own costs, except any court costs outstanding and not yet paid shall be paid by the Defendant, and that they waive any and all rights of appeal from the dismissal of this action.

                                              Respectfully submitted,


                                              /S/ BENHAMIN K. DEAN #24390
                                              Attorney for Plaintiffs Richard Lane and Lynn Lane

1

2209 Memorial Boulevard
Springfield, TN 37172


/S/ NICHOLAS BRAGORGOS #12000
/S/ RICHARD SORIN #17569
Attorney for State Auto Property & Casualty
Insurance Company a/k/a State Auto Insurance
Companies
81 Monroe, Sixth Floor
Memphis, Tennessee 38103