IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD LANE and LYNN LANE,<br><br>    Plaintiffs,<br>v.<br><br>STATE AUTO PROPERTY AND<br>CASUALTY INSURANCE COMPANY<br>a/k/a STATE AUTO INSURANCE<br>COMPANIES,<br><br>    Defendant. | CIVIL ACTION NO. 3:15-0174<br>JUDGE ASPEN |

## ORDER

Pursuant to the joint Stipulation of Dismissal (Docket Entry No. 20) filed by the parties, this action is hereby DISMISSED with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

IT IS SO ORDERED.

_____
MARVIN E. ASPEN
UNITED STATES DISTRICT JUDGE